WESSELS, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Bernard Wessels against George W. Linch, as receiver. C. H. Tuttle, of New York City, for

appellant. M. J. Horan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent, on Woodward v. N. Y. Railways Co. (decided November 20, 1914) 149 N. Y. Supp. 1003.